# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| PRAETORIAN INSURANCE COMPANY, | § § § § | |
| Plaintiff, Counter-Defendant | § § | |
| v. | § § | Cause No: 4:14-cv-03281 |
| ARABIA SHRINE CENTER HOUSTON, | § § § § | Jury Demanded |
| Defendant, Counter-Plaintiff, | § § § | |
| v. | § § | |
| YORK RISK SERVICES GROUP, INC. and CUNNINGHAM LINDSEY GROUP, LTD., | § § § § § | |
| Third-Party Defendants. | § | |

## ARABIA SHRINE CENTER HOUSTON'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS COUNTER-CLAIM AND THIRD-PARTY COMPLAINT

Defendant/Counter-Claimant Arabia Shriners Holding Corporation operating as Arabia Shrine Center Houston ("ASCH") requests leave to amend its Counter-Claim and Third-Party Complaint ("Complaint").[1]

### I.  INTRODUCTION

1. On or about June 2, 2015, Cunningham Lindsey Group, Ltd. ("CLG") informed ASCH that a related entity, Cunningham Lindsey, U.S., Inc. ("Cunningham Lindsey"), is the proper party to this suit, not CLG. Cunningham Lindsey agrees to replace CLG.

2. The deadline to add new parties, however, passed on April 5, 2015.[2]

---

[1] Docket No. 11.

[2] Docket No. 7 (DCO) at ¶ 1.

3. Accordingly, ASCH requests leave to amend to file the attached First Amended Counter-Claim and Third Party Complaint[3] to substitute Cunningham Lindsey for CLG. ASCH will also amend the Complaint to correct several references to the Texas Insurance Code provisions that ASCH relies upon.

4. No party is opposed.

## II. NATURE AND STAGE OF PROCEEDING

5. This is an insurance coverage dispute arising out of Praetorian's denial of ASCH's claim for coverage under the insurance policy Praetorian issued to ASCH covering ASCH's property at 10510 Harwin Drive, Houston, Texas 77242 (the "Insured Premises"). Praetorian sought a declaratory judgment that it owed no further obligation under the policy.[4] ASCH filed a counter-claim against Praetorian alleging breach of contract, violations of the Texas Insurance Code and Deceptive Trade Practices Act, and breach of duty of good faith and fair dealing. In addition, ASCH filed a third-party claim against Praetorian's agents, CLG and York Risk Services Group, Inc. ("York") for violations of the Texas Insurance Code and Texas Business & Commerce Code § 17.46(b), the Deceptive Trade Practices Act ("DTPA").

6. All counter and third party defendants have answered.

## III. STATEMENT OF ISSUES

7. The only issue before the Court is whether ASCH may amend its Complaint to reflect the substitution of Cunningham Lindsey for CLG and to correct several code reference errors.

---

[3] Attached as Exhibit 1.

[4] Docket No. 1 (Praetorian Complaint for Declaratory Relief).

## IV. LEGAL STANDARD

8. A court should freely give leave to amend when justice so requires. *See* Fed. R. Civ. P. 15(a)(2). "The trial court should consider whether permitting the amendment would cause undue delay in the proceedings or undue prejudice to the nonmoving party, whether the movant is acting in bad faith or with a dilatory motive, or whether the movant has previously failed to cure deficiencies in his pleadings by prior amendments." *Chitimacha Tribe of Louisiana v. Harry L. Laws Co.*, 690 F.2d 1157, 1163 (5th Cir. 1982). In the absence of any of these reasons, including futility of amendment, the leave should be "freely given." *Foman v. Davis*, 371 U.S. 178, 182 (1962); Fed. R. Civ. P. 15(a)(2).

## V. ARGUMENT AND AUTHORITIES

9. The Court should grant ASCH's motion for leave because it will correct the misnaming of a proper party, here Cunningham Lindsey. No party will suffer prejudice. The Court will not be burdened in any way. ASCH has acted quickly to cure this defect and is not guilty of undue delay. Finally, ASCH's proposed amendments are not futile.

## VI. CONCLUSION

10. The Court should grant the motion for leave to amend.

    Respectfully submitted,

    **WILLIAMS KHERKHER HART BOUNDAS, LLP**

    By: /s/ *Armi Easterby*
    E. Armistead "Armi" Easterby
    Williams Kherkher Hart Boundas LLP
    State Bar No. 00796500
    Southern District No. 20598
    8441 Gulf Freeway, Suite 600
    Houston, TX 77017
    Telephone: (713) 230-2200
    Facsimile: (713) 643-6226
    Email: aeasterby@williamskherkher.com

    Sean H. McCarthy
    State Bar No. 24065706
    Southern District No. 987779

Williams Kherkher Hart Boundas LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: smccarthy@williamskherkher.com

**ATTORNEYS FOR ARABIA SHRINERS HOLDING CORPORATION**

### CERTIFICATE OF CONFERENCE

This is to certify that counsel for ASCH conferred with counsel for all three defendants. No defendant opposes ASCH filing an amended complaint, however, York continues to deny all material allegations asserted against it and also denies all liability to ASCH. Further, York's decision not to oppose ASCH's motion for leave to amend its complaint does not waive any defenses and/or other rights York may have, each of which are expressly reserved, as to the merits of this dispute.

*/s/ Sean H. McCarthy*
Sean H. McCarthy

### CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of June, 2015, a true and correct copy of the foregoing instrument was served on all counsel of record through the Court's electronic filing notice system.

*/s/ Sean H. McCarthy*
Sean H. McCarthy